**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6553

JONATHAN JAMES NEWELL,

Plaintiff - Appellant,

and

ROY G. DAVIDSON; ANTOINE JERROD WATKINS,

Plaintiffs,

v.

JA'BARRI DAVIS, Correctional Officer; A. SINGLETON, Correctional Officer; SGT. JANE DOE DOWNEY; KIMBERLY HARRIS, Unit Manager of Granville Dorm,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (5:21-ct-03129-BO)

Submitted: July 19, 2024                    Decided: July 30, 2024

Before AGEE and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Jonathan James Newell, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jonathan James Newell seeks to appeal the district court's orders granting Defendants' motion to reopen the case scheduling order and denying Newell's subsequent motion to quash that order.  This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949).  The orders Newell seeks to appeal are neither final orders nor appealable interlocutory or collateral orders.  Accordingly, we dismiss the appeal for lack of jurisdiction.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*